**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eduardo PENALOZA–CARLON, a.k.a.
Eduarto Carlon Penaloza,
Defendant–Appellant.**

**No. 14–10239.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2015.*

Filed April 28, 2015.

Erica Leigh Seger, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Saul M. Huerta, Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Eduardo Penaloza–Carlon appeals from the district court's judgment and challenges the time-served sentence imposed upon remand for resentencing. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Penaloza–Carlon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

of record. We have provided Penaloza–Carlon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**